UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIMITRITZA TOROMANOVA, an individual and DAVID WYNN MILLER, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS BANK, FSB; WELLS FARGO BANK, N.A.; GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY,<br><br>　　　　　　Defendants. | 2:10-CV-02193-PMP-GWF<br><br>**<u>ORDER</u>** |

　　　　Before the Court for consideration are Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. #17) and to Motion Expunge Lis Pendens (Doc. #18) filed July 29, 2011.  Plaintiffs were notified of their obligation to respond to the foregoing Motions in this Court's Order (Doc. #20) filed August 1, 2011, to date, Plaintiffs have failed to file a response.

　　　　Additionally, a review of Defendants' Motion to Dismiss and Motion to Expunge Lis Pendens show that Defendants' are entitled to the relief requested on the merits of their motions.

///

///

///

1     **IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss
2 Plaintiffs' Complaint (Doc. #17) is **GRANTED**.

3     **IT IS FURTHER ORDERED the** Clerk of Court shall forthwith enter
4 judgment in favor of Defendants and against Plaintiffs.

5     **IT IS FURTHER ORDERED that** Defendants Motion to Expunge Lis
6 Pendens (Doc. #18) is **GRANTED**.

8 DATED: August 17, 2011.

                                                    _____
                                                    PHILIP M. PRO
                                                    United States District Judge